IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ERICH TRUAX,<br><br>            Plaintiff,<br><br>     v.<br><br>DORNIER MEDTECH AMERICA, INC., et al.,<br><br>            Defendants. | Civil No. 07-5571 (NLH) |

## AMENDED SCHEDULING ORDER

IT IS this **5th** day of **August, 2008,** hereby **ORDERED:**

    1.  The Court will conduct a telephone status conference on **September 15, 2008 at 10:30 a.m.**  **Plaintiff's counsel shall initiate the telephone conference.**

    **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                  s/ Joel Schneider
                                  JOEL SCHNEIDER
                                  United States Magistrate Judge